# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

CHARLES P. YELTON and
DEANA L. YELTON,

    Plaintiffs,

v.                                      Case No.: 3:16cv56/MCR/EMT

WHITNEY BANK, et al.,

    Defendants.
_____/

## **O R D E R**

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated December 2, 2016. ECF No. 19. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

1. Defendant's Motion to Dismiss, ECF No. 13, is **GRANTED** by default.

2. This case is **DISMISSED** as to all Defendants and Judgment entered in favor of all Defendants on all claims.

**DONE AND ORDERED** this 3rd day of January, 2017.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**